UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MUHAMMAD SHAHIDULLAH and

DAWAH USA INC.,

      Plaintiffs,

      v.                                        Case No. 20-CV-05300-AMD-SJB

INVESTIGATIVE PROJECT ON TERRORISM
FOUNDATION,

INVESTIGATIVE PROJECT ON TERRORISM
RESEARCH GROUP, INC., and

ABHA SHANKAR;

      Defendants.
------------------------------------------------------------------X

## PLAINTIFFS' NOTICE OF DISMISSAL OF COMPLAINT

Plaintiffs Imam Muhammad Shahidullah ("Imam Shahidullah") and Dawah USA Inc. (collectively "Plaintiffs"), by and through their undersigned attorneys and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss, **without prejudice**, this action against defendants Investigative Project on Terrorism Foundation, Investigative Project on Terrorism Research Group, Inc., and Abha Shankar (collectively "Defendants").

Dated: December 12, 2020

                                                         Respectfully submitted,

                                                         \_\_\_/s/ Ahmed Mohamed_____
                                                         Ahmed Mohamed
                                                         Council on American-Islamic Relations, New York
                                                         Inc. (CAIR-NY)
                                                         46-01 20th Avenue,
                                                         Queens, NY 11105
                                                         (646) 665-7599
                                                         ahmedmohamed@cair.com

Carey Shenkman
Of-Counsel, Council on American-Islamic Relations
New York Inc.(CAIR-NY)
347 5th Ave Suite 1402
New York, NY 10016
(646) 598-6972
carey@cshenkman.com